# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2585

_____

| | | |
|---|---|---|
| United States of America, ex rel. Leon Braun, | * * * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| The Seminole Tribe of Florida, Inc.; | * | |
| The Seminole Tribe of Florida, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted:  October 3, 2003

Filed:  October 23, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM

Leon Braun appeals the district court's[1] denial of his motion for relief from judgment under Federal Rule of Civil Procedure 60(b).  We review the denial of a Rule 60(b) motion only for abuse of discretion, and we find none in this case given the substance of Braun's arguments in support of Rule 60(b) relief. See Sanders v.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988) an appeal from the denial of a Rule 60(b) motion does not bring up the underlying judgment for review, but presents only the issue of whether the district court abused its discretion in denying relief from judgment).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____